**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 03-2220

—————————

MOMOLU V.S. SIRLEAF; ELOUISE A. SIRLEAF,

Plaintiffs - Appellants,

versus

F. VERNON BOOZER; EDWARD C. COVAHEY, JR.;
THOMAS P. DORE; ROGER J. SULLIVAN, Attorneys,
Substituted Trustees and Agents, Covahey &
Boozer; DONNA HILD, Legal Assistant and Agent,
Covahey & Boozer; COVAHEY & BOOZER; FIRST
TRUST NATIONAL ASSOCIATION; MAINUDDIN JANGI;
WELLS FARGO HOME MORTGAGE, INCORPORATED,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson Everett Legg, Chief District Judge.
(CA-01-3823-L)

—————————

Submitted: February 19, 2004       Decided: February 24, 2004

—————————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Momolu V.S. Sirleaf, Elouise A. Sirleaf, Appellants Pro Se.
Douglas Windsor Biser, MUDD, HARRISON & BURCH, Towson, Maryland,
for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Momolu V. S. Sirleaf and Elouise A. Sirleaf appeal the district court's order denying their motion to disqualify the judge and dismissing their civil action with prejudice for failure to comply with the court's order to file an amended complaint. See Fed. R. Civ. P. 41(b). Finding no abuse of discretion in the district court's denial of the motion to disqualify or in the dismissal, we affirm on the reasoning of the district court. See Sirleaf v. Boozer, No. CA-01-3823-L (D. Md. Sept. 5, 2003). We deny Appellants' motions to correct the record and to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED